■ The People of the State of New York, Respondent, v Conley Robinson, Appellant.—Judgment unanimously modified, on the law, by vacating the sentence imposed and, as modified, affirmed and defendant remanded to Supreme Court, Monroe County, for resentencing. Same memorandum as in *People v Robinson* (115 AD2d 1012). (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J.—robbery, first degree.) Present—Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ Town of West Seneca, Respondent, v Dale F. Smith et al., Appellants.—Order unanimously reversed, on the law, with costs, and application denied. Memorandum: Special Term should not have entertained plaintiff's application for an injunction. An injunction may be issued only in a pending action (CPLR 6301; Siegel, NY Prac § 328, at 401). (Appeal from order of Supreme Court, Erie County, Ostrowski, J.— injunction.) Present—Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.